IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE VIRGIN ISLANDS<br><br>v.<br><br>TEQUAN ANTHONY JOSEPH, JA'MOI KHADEEM CORRASPE, D'MARI JAHCOI HEYLIGER, and CALVIA LAKE<br><br>Defendants. | **INDICTMENT**<br><br>CRIMINAL NO. 2015-_15_<br><br>Violations:<br>18 USC § 371<br>18 USC § 1715<br>18 USC § 922(k)<br>18 USC § 922(a)(3)<br>18 USC § 922(k)<br>23 VIC § 481(b)<br>14 VIC § 2253(a) |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (18 U.S.C. § 371)

From on or about August 10, 2013, through on or about September 30, 2013, at St. Thomas, District of the Virgin Islands and elsewhere, the defendants,

**TEQUAN ANTHONY JOSEPH,
JA'MOI KHADEEM CORRASPE,
D'MARI JAHCOI HEYLIGER, and
CALVIA LAKE,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to deposit for mailing and delivery, and knowingly cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, pistols and firearms declared nonmailable, in violation of Title 18, United States Code, Section 1715.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 2

In furtherance of this conspiracy and to affect the object thereof, at least one of the coconspirators committed at least one of the following overt acts, among others, occurred in the District of the Virgin Islands:

a. On or about August 10, 2013, **TEQUAN ANTHONY JOSEPH** purchased a Glock, Model 20, 10 mm pistol from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida;

b. On or about September 30, 2013, **TEQUAN ANTHONY JOSEPH** purchased a Smith & Wesson, Model SD40VE, .40 caliber pistol from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida;

c. On or about September 30, 2013, **TEQUAN ANTHONY JOSEPH and JA'MOI KHADEEM CORRASPE** mailed a package containing a Smith and Wesson, Model SD40VE, .40 caliber pistol and a Glock, Model 20, 10mm pistol, to **CALVIA LAKE** to be delivered to **D'MARI JAHCOI HEYLIGER**.

All in violation of Title 18, United States Code, Section 371.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 3

The Grand Jury further charges that:

## COUNT TWO

## (18 U.S.C. §371)

From in or about August 10, 2013, through on or about September 30, 2013, at St. Thomas, District of the Virgin Islands and elsewhere, the defendants,

### TEQUAN ANTHONY JOSEPH,
### JA'MOI KHADEEM CORRASPE, and
### D'MARI JAHCOI HEYLIGER,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to ship in interstate commerce from Jacksonville, Florida to St. Thomas, U.S. Virgin Islands two firearms from which the manufacturer's serial numbers had been removed, altered and obliterated, in violation of Title 18, United State Code, Sections 922(k) and 924(a)(1)(B).

In furtherance of this conspiracy and to affect the object thereof, at least one of the coconspirators committed at least one of the following overt acts, among others, occurred in the District of the Virgin Islands:

a. On or about August 10, 2013, **TEQUAN ANTHONY JOSEPH** purchased a Glock, Model 20, 10 mm pistol from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida;

b. On or about September 20, 2013, **TEQUAN ANTHONY JOSEPH** purchased a Smith & Wesson, Model SD40VE, .40 caliber pistol from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida;

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 4

   c.  On or about September 30, 2013, **TEQUAN ANTHONY JOSEPH and JA'MOI KHADEEM CORRASPE** mailed a package containing a Glock, Model 20, 10mm pistol and a Smith and Wesson, Model SD40VE, .40 caliber pistol, both with obliterated serial numbers to **CALVIA LAKE** to be delivered to **D'MARI JAHCOI HEYLIGER.**

All in violation of Title 18, United States Code, Section 371.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 5

The Grand Jury further charges that:

## COUNT THREE

### (18 U.S.C. § 371)

From on or about August 10, 2013, through on or about September 30, 2013, at St. Thomas, District of the Virgin Islands and elsewhere, the defendants,

### TEQUAN ANTHONY JOSEPH, and
### JA'MOI KHADEEM CORRASPE,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others both known and unknown to the Grand Jury, to commit offenses against the United States, that is:

(a)     to deliver and cause to be delivered to the United States Postal Service for transportation and shipment in interstate and foreign commerce, to a person other than a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, a package containing firearms as that term is defined in Title 18, United States Code, Section 921(a)(3), without having provided written notice to such carrier that such firearms were being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D); and

(b)     to transfer, give, transport, and deliver to a person, other than a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowing and having reasonable cause to believe that such person did not reside in the State in which the defendants resided, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 6

In furtherance of the conspiracy and to affect the object thereof, at least one of the coconspirators committed at least one of the following overt acts, among others, occurred in the District of the Virgin Islands:

a.  On or about August 10, 2013, **TEQUAN ANTHONY JOSEPH**, purchased a Glock, Model 20, 10mm pistol, serial number TER154 from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida.

b.  On or about September 20, 2013, **TEQUAN ANTHONY JOSEPH,** purchased a Smith & Wesson, Model SD40VE, .40 caliber pistol, serial number HEN3582 from Shooters of Jacksonville, Inc., a federally licensed firearms dealer in Jacksonville, in the Middle District of Florida.

c.  On or about September 30, 2013, **TEQUAN ANTHONY JOSEPH and JA'MOI KHADEEM CORRASPE,** mailed the Glock, Model 20, 10mm pistol, serial number TER154 and the Smith & Wesson, Model SD40VE, .40 caliber pistol, serial number HEN3582 from Jacksonville, Florida to St. Thomas, in the District of the Virgin Islands.

d.  On or about October 7, 2013, the package arrived in St. Thomas and was delivered to **CALVIA LAKE** who was supposed to transfer the package to **D'MARI JAHCOI HEYLIGER.**

All in violation of Title 18, United States Code, Section 371.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 7

The Grand Jury further charges:

## COUNT FOUR

### (18 U.S.C. § 1715)

On or about September 9, 2013, at St. Thomas, District of the Virgin Islands and elsewhere, the defendant,

### TEQUAN ANTHONY JOSEPH,

did knowingly deposit for mailing and delivery, and knowingly caused to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, any pistol and firearm, to wit: a Smith & Wesson, Model SD40VE, .40 caliber pistol and a HS Products (IM Metal) a.k.a. Springfield, Model XDM, .40 caliber pistol, declared nonmailable.

In violation of Title 18, United States Code, Section 1715.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 8

The Grand Jury further charges that:

## COUNT FIVE

### (18 U.S.C. § 922(k))

On or about September 9, 2013, at St. Thomas, District of the Virgin Islands and elsewhere, the defendant,

## TEQUAN ANTHONY JOSEPH,

did ship in interstate commerce from Jacksonville, Florida to St. Thomas, U.S. Virgin Islands two firearms, namely: a Smith and Wesson, Model SD40VE, .40 caliber pistol and a HS Products (IM Metal) a.k.a. Springfield, Model XDM, .40 caliber pistol, that had been shipped and transported in interstate and foreign commerce, from Jacksonville, Florida to St. Thomas, U.S. Virgin Islands, from which the manufacturer's serial numbers had been removed, altered and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 9

The Grand Jury further charges that:

## COUNT SIX

### (18 U.S.C. § 922(a)(3))

On or about September 30, 2013, at St. Thomas, District of the Virgin Islands, the defendant,

## D'MARI HEYLIGER,

not being a licensed importer, manufacturer, dealer, or collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did attempt to receive in St. Thomas, Virgin Islands, where he then resided, a Smith and Wesson, Model SD40VE, .40 caliber pistol and a Glock, Model 20, 10mm pistol.

In violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 10

The Grand Jury further charges that:

## COUNTS SEVEN and EIGHT

### (18 U.S.C. § 922(k) – 2 COUNTS)

On or about December 20, 2013, at St. Thomas, in the District of the Virgin Islands, the

defendant,

### D'MARI HEYLIGER,

did knowingly possess the firearms listed below, that have been shipped and transported in

interstate commerce and from which the manufacturer's serial number had been removed, altered

and obliterated.

| Count | Firearm |
|---|---|
| 7 | Beretta, Model PX4 Storm, .40 caliber pistol |
| 8 | Glock, Model 30, .45 caliber pistol |

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 11

The Grand Jury further charges that:

## COUNTS NINE and TEN

## (23 V.I.C. § 481(b) – 2 COUNTS)

On or about December 20, 2013, at St. Thomas, in the District of the Virgin Islands, the

defendant,

## D'MARI HEYLIGER,

unauthorized by law, had, possessed, bore, transported, carried, either actually and constructively,

and had under his proximate control, openly and concealed, the firearms listed below, as defined in

Title 23 V.I.C. § 451(d), with altered identification marks.

| Count | Firearm |
|-------|---------|
| 9 | Beretta, Model PX4 Storm, .40 caliber pistol |
| 10 | Glock, Model 30, .45 caliber pistol |

In violation of Title 23, Virgin Islands Code, Section 481(b).

The Grand Jury further charges that:

## COUNTS ELEVEN and TWELVE

## (14 V.I.C. § 2253(a) – 2 COUNTS)

On or about December 20, 2013, at St. Thomas, in the District of the Virgin Islands, the

defendant,

## D'MARI HEYLIGER,

unauthorized by law, had, possessed, bore, transported, carried, either actually and

constructively, and had under his proximate control, openly and concealed, the firearms listed

below, as defined in Title 23 V.I.C. §451(d).

| Count | Firearm |
|-------|---------|
| 11 | Beretta, Model PX4 Storm, .40 caliber pistol |
| 12 | Glock, Model 30, .45 caliber pistol |

In violation of Title 14, Virgin Islands Code, Section 2253(a).

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 13

## NOTICE OF FORFEITURE
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Upon conviction of one or more of the offenses alleged in Counts 1-12 of this Indictment, defendants, **TEQUAN ANTHONY JOSEPH, JA'MOI KHADEEM CORRASPE, D'MARI JAHCOI CORRASPE and CALVIA LAKE** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. Glock, Model 30SF, .45 caliber pistol, serial number obliterated;
2. Berretta, Model PX4 Storm, .40 caliber pistol, serial number obliterated;
3. Glock, Model 20, 10mm caliber pistol, serial number obliterated;
4. Smith & Wesson, Model SD40VE, .40 caliber pistol, serial number obliterated;
5. HS Products (IM Metal) a.k.a. Springfield, Model XDM, .40 caliber pistol, serial number obliterated; and
6. Smith & Wesson, Model SD40VE, .40 caliber pistol, serial number obliterated.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):  (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

*USA v. Joseph, et.al.*
USAO No. 2014R00032
Indictment
Page 14

The Grand Jury returned a TRUE BILL.

RONALD W. SHARPE
UNITED STATES ATTORNEY

By: _____
            SIGRID M. TEJO-SPROTTE
            ASSISTANT UNITED STATES ATTORNEY

DISTRICT OF THE VIRGIN ISLANDS:    April 9, 2015.

Returned into the District Court by Grand Jurors and filed.

_____
CURTIS V. GOMEZ
UNITED STATES DISTRICT JUDGE